```
            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                      WESTERN DIVISION
```

EZERA K. SMITH-PHILLIP                                  Plaintiff

v.                              4:07CV00626 SWW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                Defendant

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 3rd day of July 2008.


                                /s/Susan Webber Wright

                                UNITED STATES DISTRICT JUDGE